

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-16-00401-CV

IN THE INTEREST OF S.R., A CHILD

§    On Appeal from the 325th District Court

§    of Tarrant County (325-425702-07)

§    December 27, 2018

§    Opinion by Justice Pittman

## JUDGMENT

This court has considered the record on appeal in this case. Based on mootness, the 2nd Reformed Order is modified to vacate those portions of the order addressing conservatorship, possession, access, and Mother's periodic child-support obligation. It is ordered that the 2nd Reformed Order of the trial court is affirmed as modified.

It is further ordered that Appellant Mother shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By \_/s/ Mark T. Pittman_____
    Justice Mark T. Pittman